UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

BRETT PARKER,
D & B PARKER FARMS, L.L.C.,  **JUDGMENT IN A CIVIL CASE**

Plaintiffs,

v.

Case Number: 15-1204-JTM

FARM BUREAU PROPERTY

Defendant.

This action came on for trial before the Court and a jury, with The Honorable J. Thomas Marten presiding, and the issues having been duly tried and the jury having duly rendered its verdict:

IT IS ORDERED AND ADJUDGED pursuant to the verdict that the jury finds that Plaintiffs Brett Parker and D & B Parker Farms, L.L.C., recover from the Defendant Farm Bureau Property & Casualty Insurance Company the amount of $86,784.27. The Plaintiffs shall recover costs from the Defendant.

TIMOTHY M. O'BRIEN, Clerk of Court

September 21, 2017
Date

By    s/ J. Roach
         Deputy Clerk