IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRETT PARKER and <br> D&B PARKER FARMS, L.L.C. <br><br> Plaintiffs, <br><br> vs. <br><br> FARM BUREAU PROPERTY & CASUALTY, <br> INSURANCE COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )  Case No. 6:15-CV-01204-JTM-GEB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SATISFACTION OF JUDGMENT

The judgment in this case has been fully paid and satisfied and the same is hereby released as to Defendant.

DATED this 4th day of February, 2021.

Respectfully Submitted,

By: */s/ William R. Griffin*
William R. Griffin, Bar Number 21628
MARTIN, PRINGLE, OLIVER, WALLACE & BAUER, L.L.P.
645 E. Douglas, Suite 100
Wichita, Kansas 67202
Telephone:   316-265-9311
Facsimile:    316-265-2955
E-mail:        wrgriffin@martinpringle.com
*Attorneys for Brett Parker and*
*D&B Parker Farms, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served on this 4th day of February, 2021, via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ William R. Griffin*